IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

LARRY MELTON,
JOHNNY MELTON and
BLANKENSHIP/MELTON AVIATION, INC.

PLAINTIFFS

vs.

Civil Action Number: 02-1242
03-1271

JOHN JEWELL, Individually,
JOHN JEWELL AIRCRAFT, INC.,
and SHAWN JEWELL

DEFENDANTS

### AGREED ORDER OF DISMISSAL

Whereas the Parties have agreed, by and through their attorney of record, that case styled, John Edward Jewell, Shawn Edward Jewell, and John Jewell Aircraft, Inc., Plaintiffs, v. Blankenship / Melton Aviation, Inc., *Et Al.*, Defendants, previously pending in the United States District for the Northern District of Mississippi, Western Division, Civil Action No. 3:03-cv-041-SSA, and consolidated with this cause by order of U. S. District Court Judge James D. Todd dated December 9, 2003, should be dismissed; and,

Whereas the Court concurs that dismissal of that portion of this litigation is proper; NOW THEREFORE, IT IS ORDERED that the same be dismissed with each party bearing their own costs.

Ordered this the 9th day of May, 2005.

_____
U. S. ~~Magistrate~~ District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/11/05

34

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 1:03-CV-01271 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

John Booth Farese
FARESE FARESE FARESE, PA
122 Church Street
P.O. Box 98
Ashland, MS 38603

Daniel D. Warlick
LAW OFFICE OF DAN WARLICK
611 Commerce Street
Ste. 2712
Nashville, TN 37203

Honorable James Todd
US DISTRICT COURT