# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

FILED BY _____ DC
05 MAY 11 PM 3:26
ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN.-JACKSON

### JUDGMENT IN A CIVIL CASE

LARRY MELTON, ET AL.,

v.

JOHN JEWELL, ET AL.,                    CASE NUMBER:    1:03-1271-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 5/9/2005, this case is hereby DISMISSED and each party shall bear their own costs.

**APPROVED:**

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                                        **ROBERT R. DI TROLIO**
                                        **CLERK**

__5/11/05__        BY:  _____
DATE                    DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __5/12/05__.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 1:03-CV-01271 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Daniel D. Warlick
LAW OFFICE OF DAN WARLICK
611 Commerce Street
Ste. 2712
Nashville, TN 37203

John Booth Farese
FARESE FARESE FARESE, PA
122 Church Street
P.O. Box 98
Ashland, MS 38603

Honorable James Todd
US DISTRICT COURT